**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

In Re:

WALTER RUIZ A/K/A WALTER D. RUIZ

CASE NO. 9:13-BK-01032-FMD
CHAPTER 13

Debtor(s)

_____/

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NATIONSTAR MORTGAGE, LLC, (hereinafter "Creditor") by and through its undersigned attorney, and pursuant to 11 U.S.C. §1325 files this objection to confirmation of Debtor's Chapter 13 Plan. The Court should deny confirmation as the Plan does not meet the requirements imposed by Bankruptcy Law for confirmation for the following reasons:

1. Creditor has a security interest in real property located at **2836 Tropicana Blvd, Naples, FL 34116**. Said claim is based on a Note and Mortgage executed on June 16, 2004, by Debtor in the principal amount of $232,000.00. Creditor is preparing to file a Proof of Claim providing evidence of the secured interest and has until June 5, 2013 to finalize the figures.

2. The Plan provides for $0.00 in arrears; the total amount of arrears due per Creditor's pending claim is $60,596.01.

3. The proposed treatment of Creditor's claim in the Plan fails to accurately state the total secured claim. The secured claim total is $266,295.57.

4. Creditor believes its claim is fully secured absent Debtor showing sufficient evidence in support of his allegation of value. Additionally, Creditor's secured lien is being valued in the Plan without first obtaining from the Court, whether by Motion or Adversary Proceeding, a determination as the value or validity of Creditor's lien.

5. The requested hearing time is fifteen (15) minutes.

WHEREFORE, Creditor requests that the Court deny confirmation of the Chapter 13 Plan and award fees and costs for the bringing of this Objection together with such other relief as this Court deems just and proper.

/s/ Ashley L. Sigrist

_____
Law Offices of Daniel C. Consuegra, P.L.
  Allison D. Thompson/Florida Bar #36981
  Kevin A. Comer/Florida Bar #55553
  Steve D. Tran/Florida Bar #14822
**X Ashley L. Sigrist/Florida Bar #95068**
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 10th day of April, 2013 to WALTER RUIZ A/K/A WALTER D. RUIZ, 14541 APALACHEE STREET , NAPLES, FL 34114; DAVID LAMPLEY, ESQUIRE, 1436 ROYAL PALM SQUARE BLVD., FORT MYERS, FL 33919-1049; AND JON WAAGE, TRUSTEE, P.O. BOX 25001, BRADENTON, FL 34206

                                              /s/ Ashley L. Sigrist_____
                                              Ashley L Sigrist, Esquire