**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

WALTER RUIZ,   Case No.: 9:13-bk-01032-FMD
                              Chapter 13

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S**
**TO VALUE COLLATERAL OF NATIONSTAR**

**THIS MATTER** came on for consideration on the Debtor's Motion to Value Collateral of Nationstar ("Creditor") ("Motion") (Doc. No. 26) after the expiration of the negative notice period pursuant to Local Rule 2002-4.  Upon considering the Motion after due notice and no response having been filed prior to the expiration of the negative notice period, based upon the allegations stated in the Motion, it is hereby

    **ORDERED:**

    1.    The Motion is GRANTED.

    2.    The value of the real property located at 2836 Tropicana Blvd., Naples, FL 34116, more particularly described as GOLDEN GATE UNIT 3 BLK 86 LOT 13 + N ½ OF LOT 12, is determined to have a value of $100,716.00 on the date of filing the bankruptcy petition.

    3.    That Creditor's proof of claim, Claim Number 4, shall be deemed amended as follows: (1) Creditor shall have an allowed secured claim in the amount of $100,716.00 to be paid at 3.25% thereon until the secured claim is paid in full, and (2) the remaining balance of Creditor's claim shall be allowed as a general unsecured claim.

4. That all pre-confirmation adequate protection payments be applied to the secured portion of the claim.

5. That Creditor applies all payments received in accordance with the Chapter 13 Plan and/or the Order Confirming Plan.

**DONE AND ORDERED** _____July 31, 2013_____.

_____
CARYL E. DELANO
United States Bankruptcy Judge

Attorney David Lampley, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.